IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| PENSION BENEFIT GUARANTY CORPORATION, a United States Government Agency<br>1200 K Street, N.W.<br>Washington, D.C. 20005-4026<br><br>Plaintiff,<br><br>v.<br><br>TFGC ESTATE, INC. f/k/a THE TOP-FLITE GOLF COMPANY f/k/a SPALDING SPORTS WORLDWIDE, INC.<br><br>Serve:<br><br>TOP FLITE GOLF COMPANY<br>C/O Andrew M. Howley<br>Chief Financial Officer and<br>Plan Administrator<br>425 Meadows Street<br>Chicopee, MA 01013<br><br>Defendant. | Civil Action No. 04-30034 MAP<br><br>NOTICE OF DISMISSAL<br>(Fed. R. Civ. P. 41(a)(1)(i)) |

## TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD

TAKE NOTICE that Plaintiff Pension Benefit Guaranty Corporation, plaintiff, dismisses this action without prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

Respectfully submitted,

Dated: 6-16-04        /s/ Sam Batsell
JAMES J. KEIGHTLEY
General Counsel
JEFFREY B. COHEN
Deputy General Counsel
JOHN R. PALIGA
Assistant General Counsel
SAMUEL C. BATSELL
Attorney

PENSION BENEFIT GUARANTY CORP.
(a U.S. Government Agency)
Office of the General Counsel
1200 K Street, N.W.
Washington, D.C. 20005-4026
(202) 326-4020 ext. 3125

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the Notice of Dismissal filed by the Pension Benefit Guaranty Corporation was served by Federal Express on this 16th day of June, 2004, on the following:

Robert Fleder
Paul, Weiss, Riften, Wharton
& Garrison
1285 Avenue of the Americas
New York, New York 44503

TOP FLITE GOLF COMPANY
C/O Andrew M. Howley
Chief Financial Officer and
Plan Administrator
425 Meadows Street
Chicopee, MA 01013

Samuel Batsell
Attorney for the Pension Benefit Guaranty Corporation